# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICREDIT FINANCIAL SERVICES, INC. d/b/a GM FINANCIAL, | No. 4:20-CV-02144 |
| Plaintiff, | (Judge Brann) |
| v. | |
| CW CARS OF SHAMOKIN LLC and CORTRIGHT WETHERILL, JR., | |
| Defendants. | |

## ORDER

**AND NOW**, this 25th day of May 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for default judgment (Doc. 9) is **GRANTED IN PART AND DENIED IN PART**.

2. Plaintiff shall supplement the evidentiary record on the question of damages, as directed in the Memorandum Opinion, within 30 days of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge